AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 27 2017

MATTHEW J. DYKMAN
CLERK

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| HERNANDEZ, Moses | ) | Case No. |
| xxx-xx-3818 | ) | |
| | ) | 17mj239 |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __01/26/2017__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant violated __Title 18__ U. S. C. § __922(g)(1)__
, an offense described as follows:

On 01/26/2017, Moses HERNANDEZ, a convicted felon, unlawfully possessed a Springfield Armory, model EMP, 9mm caliber semiautomatic pistol bearing serial number EMP17407. No live ammunition was recovered as it the firearm was found in "lock back" position and the magazine was empty.

This criminal complaint is based on these facts:
See Attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Victor Hernandez, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-27-17

_____
*Judge's signature*

City and state:         Albuquerque, New Mexico         Kirtan Khalsa U.S. Magistrate Judge
*Printed name and title*

Criminal Complaint - Continued.

United States of America
          V.
HERNANDEZ, Moses
SSN: xxx-xx-3818

1. Victor J. Hernandez, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, deposes and states:

2. Your Affiant is a full time salaried sworn law enforcement officer with the Albuquerque Police Department, and has been so for 12 years.

3. Approximately two of those years have been conducting investigations of federal felony crimes. Part of your Affiant's duties have included being a Task Force Officer for the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives.

4. In this capacity, your Affiant routinely investigates violations of federal criminal statutes, to include violation of federal firearms laws, and has specifically investigated violations related to subjects were found to be in possession of illegal and altered firearms. Your Affiant requests an Arrest Warrant for the above named defendant based on the following information, which your Affiant believes to be true and accurate.

5. I am an investigative, or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), in that I am an officer of the United States who is empowered by law to conduct investigations and make arrests for the offenses enumerated in Titles 18 and 26, United States Code.

6. The statements contained in this affidavit are based, in part, on information provided by Special Agents and Task Force Officers of the ATF and other

Criminal Complaint - Continued.

United States of America
                V.
HERNANDEZ, Moses
SSN: xxx-xx-3818

law enforcement officers; on conversations held with police officers; and on my background and experience as a Task Force Officer of the ATF.

7. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

8. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

9. On January 26, 2017, members of the Albuquerque Police Department Southeast Area Command Field Services Division were responding to a suspicious person with a gun call in the residential area of Rhode Island St. NE and Chico Road NE.

10. APD Officers were informed that one of the 911 callers had just heard shots being fired and observed a male subject fall to the ground. They were also informed that another male subject wearing a black hoodie, black pants and carrying a gun was seen running east on Chico Road NE.

11. APD Officers arrived on scene and upon exiting there patrol units to search for the subject, they heard more gunshots in the immediate area.

12. APD Officers located a male subject matching the clothing description as provided by the 911 caller, at 7921 Chico Road NE. APD Officers identified themselves as Police Officers to the male subject and began issuing verbal commands to "let me see your hands!"

Criminal Complaint - Continued.

United States of America
   V.

HERNANDEZ, Moses

SSN: xxx-xx-3818

---

13. APD Officer C. Keeling # 5498, observed the male subject "punch" out towards the officers, saw muzzle flash from a discharged firearm, and felt projectiles "whiz" by his body. APD Officers who were with Officer Keeling, returned fire towards the direction of the male subject.

14. APD Officers took into custody the male subject, and located the firearm on the ground underneath his body, within the property of 7921 Chico Road NE, The other male subject who was shot was also located at 328 Rhode Island Street NE, suffering from a gunshot wound to the leg and was taken to a local hospital for medical treatment.

15. APD Officers were able to identify the male subject they had in custody as Moses HERNANDEZ. HERNANDEZ was taken for medical treatment to a local hospital suffering from minor injuries.

16. The firearm recovered from HERNANDEZ was a Springfield Armory, model EMP, 9mm caliber semi-automatic pistol with serial number EMP17407. Also no ammunition was recovered with the pistol as it was found in the "lock back" position and the magazine was empty.

17. ATF TFO V. Hernandez queried Moses HERNANDEZ and determined that Moses HERNANDEZ has four (3) previous felony convictions in cause numbers D-202-CR-201301640 for Aggravated Assault with a Deadly Weapon and Possession of a Controlled Substance (Felony – Narcotic Drug); D-202-CR-201400391 for Possession of a Controlled Substance (Felony – Narcotic Drug) out of the 2nd Judicial District Court, County of Bernalillo, State of New Mexico.

**Page 5 of 5 Pages**

Criminal Complaint - Continued.

United States of America
V.

HERNANDEZ, Moses

SSN: xxx-xx-3818

---

22. Based on the above facts, your Affiant opines that the firearm and ammunition that Moses HERNANDEZ a previously convicted felon, possessed on January 26, 2017, was not manufactured in New Mexico, thus the firearm and ammunition have traveled in and affected interstate commerce.

Respectfully submitted,

Victor J. Hernandez
Task Force Officer
ATF

Subscribed and sworn to before me
on January 27, 2017:

UNITED STATES MAGISTRATE JUDGE